■ HELEN J. STEINER, Appellant, v HARRY WENNING, Respondent. — In an action to recover damages for breach of contract, the plaintiff appeals from a judgment of the Supreme Court, Westchester County, dated September 25, 1978, and entered upon a jury verdict in favor of the defendant. Judgment affirmed, with costs. We have examined each of the plaintiff's contentions and find them to be devoid of merit. Rabin, J.P., Cohalan, Weinstein and Thompson, JJ., concur.